No. 03–1629. Kim's Auto & Truck Service, Inc. v. City of Toledo, Ohio, et al. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 03–1661. Johnson et al. v. Baker et al.; and
No. 04–65. Adams County/Ohio Valley School Board v. Baker et al. C. A. 6th Cir. Certiorari denied. Reported below: 86 Fed. Appx. 104.

No. 03–1698. Harlan County, Kentucky, et al. v. American Civil Liberties Union of Kentucky et al. C. A. 6th Cir. Certiorari denied.

No. 04–841. DeWeese, Judge, Court of Common Pleas, Richland County, Ohio v. American Civil Liberties Union of Ohio Foundation, Inc. C. A. 6th Cir. Certiorari denied.

No. 04–924. LaFarge Corp. v. Olden et al., Individually and on Behalf of All Others Similarly Situated. C. A. 6th Cir. Certiorari denied.

No. 04–1052. Town of Great Falls, South Carolina, et al. v. Wynne. C. A. 4th Cir. Certiorari denied.

No. 04–7365. Belardo v. United States. C. A. 6th Cir. Certiorari denied.

No. 04–8861. Wright v. Mitchem, Warden, et al. C. A. 11th Cir. Certiorari denied.

No. 04–9204. Rivera v. United States. C. A. 11th Cir. Certiorari denied.